# UNITED States Court

## for the district of Rhode Island

CA 07 408S

Felipe C. Almonte
d.o.b. [redacted]
SSN: # [redacted]

* Civil Complaint *

Vs.

Inmigration & Naturalization Service, aka I C E - INS & Intake Service Center, ACI, Providence Police dept & RI Attorney General Office.

## Habeaus Corpus & Restraining Order

Above Complainer / Petitioner moves this honorable court for his release from (INS-detainer) Intake Service Center, ACI, Cranston, RI 02920. He states the following:

- He, Felipe C. Almonte, is a naturalized citizen of the United States on/since October 1990 at the Federal Courthouse in Providence, R.I.

- He is being detained at the Adult Correction Institution - Intake, inmate # 106354 on a INS - ICE detainer illegally.

- INS - ICE has attached the NAME Of Johny Batista as an alias; a person previously deported from the U.S.A, to him. wronfully. So has the Providence Police dept.
- He has Never used the Name Johnny Batista previously. And Batista and Almonte has different fingerprints as state Court-records - Superior court, Providence, R.I., shows.

- Everytime Almonte gets Arrested (5) INS - ICE, providence police dept, and ACI - Intake Attaches the INS Detainer Automatically. As a result he gets detained for weeks After bail has been posted for the state cases before he gets released. Sometimes ACI refuses to accept the bail because of the Detainer.

<u>Wherefore</u>:

Petitioner request: 1st inmediate released from the INS-ICE detainer; 2nd A restraining Order issued to the above defendants to prevent / restaining an INS-ICE Detainer from being Attached to him in the future.

# Certificate of Service

I, Felipe C. Almonte, certify tha a true Copy was sent to INS-ICE at 200 dyer st. Providence, RI 02903, Intake Service Center - Institution Mail, the R.I. Attorney General's Office at 150 South Main St. Prov. RI 02903 and the Providence Police dept on West fountain st and Service rd Providence, RI 02903 on october 30, 2007 via first Class Mail.

Felipe Almonte

Intake Service Center
ACI Cranston
RI 02920