**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Felipe C. Almonte

v. CA:07-408S

Immigration and Naturalization
Serive, et al

**O R D E R**

The Attorney General's Office is hereby ordered to file its response to the Plaintiff's "Petition under 28 USC 2241 for Writ of Habeas Corpus by a Person in State Custody." Said response will be filed on or before November 20, 2007.

BY ORDER

Karen P Baldwell
DEPUTY CLERK

ENTER:

WESmith
WILLIAM E. SMITH
United States District Judge

DATE: 11/14/07