**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **FELIPE C. ALMONTE** | : | |
| **Petitioner** | : | |
| | : | |
| **vs.** | : | **C.A. 07-408S** |
| | : | |
| **IMMIGRATION AND** | : | |
| **NATURALIZATION SERVICES,** | : | |
| **ET AL** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S MOTION TO DISMISS PLAINTIFF'S "PETITION UNDER 28 USC 2241 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY"**

Now comes the State of Rhode Island, by and through its attorneys, and hereby moves, for the reasons expressed in the accompanying supporting *Memorandum*, to dismiss the Petitioner's above-captioned petition for writ of habeas corpus.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Aaron L. Weisman**

**AARON L. WEISMAN #4438**
**Department of Attorney General**
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 16th day of November, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I placed a copy of the within document in the U.S. mail, postage prepaid, on the same date, to Felipe C. Almonte, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

/s/ Aaron L. Weisman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **FELIPE C. ALMONTE** | : | |
| **Petitioner** | : | |
| | : | |
| **vs.** | : | **C.A. 07-408S** |
| | : | |
| **IMMIGRATION AND** | : | |
| **NATURALIZATION SERVICES,** | : | |
| **ET AL** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S "PETITION UNDER 28 USC 2241 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY"**

Plaintiff has filed the above-captioned action on the ground that he "is being [unlawfully] detained at the [Rhode Island] Adult Correctional Institution[,]" and prays that this Court "release [him] from *** Intake Service Center, ACI, Cranston, R.I. 02920." (*Petitioner's Habeas Corpus Retraining Order* at 1.)[1] According to information received from a Rhode Island Department of Corrections official by the undersigned, Mr. Almonte was turned over to federal officials on November 6, 2007; he is no longer in the custody of the Rhode Island Department of Corrections.

Wherefore, because Mr. Almonte is no longer in the custody of the State of Rhode Island, Respondent Rhode Island Attorney General would respectfully ask that this

---

[1] He also seeks to have removed a federal immigration and naturalization detainer. Respondent Rhode Island Attorney General is obviously not in a position to respond to the lawfulness or propriety of any "INS – ICE *** detainer[s]" (*Petitioner's Habeas Corpus Retraining Order* at 1).

Honorable Court dismiss the above-captioned "Petition under 28 USC 2241[[2]]for Writ of Habeas Corpus by a person in State Custody."

[2] In relevant part, 28 U.S.C. § 2241 provides that:

> The writ of habeas corpus shall not extend to a prisoner unless--
>
> **(1)** He is in custody under or by color of the authority of the United States or is committed for trial before some court thereof; or
>
> **(2)** He is in custody for an act done or omitted in pursuance of an Act of Congress, or an order, process, judgment or decree of a court or judge of the United States; or
>
> **(3)** He is in custody in violation of the Constitution or laws or treaties of the United States; or
>
> **(4)** He, being a citizen of a foreign state and domiciled therein is in custody for an act done or omitted under any alleged right, title, authority, privilege, protection, or exemption claimed under the commission, order or sanction of any foreign state, or under color thereof, the validity and effect of which depend upon the law of nations; or
>
> **(5)** It is necessary to bring him into court to testify or for trial.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Aaron L. Weisman**

**AARON L. WEISMAN #4438**
**Department of Attorney General**
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 16th day of November, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I placed a copy of the within document in the U.S. mail, postage prepaid, on the same date, to Felipe C. Almonte, at his last known address of P.O. Box 8273, Cranston R.I. 02920.

/s/ Aaron L. Weisman