# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

## JUDGMENT IN A CIVIL CASE

**Felipe C. Almonte**

**Petitioner**

**V.** **Case Number: C.A. 07-408S**

**Immigration and Naturalization Services,**

**et al**

**Respondent**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment is hereby entered in favor of the Respondent, Immigration and Naturalization Services, et al against the Petitioner, Felipe C. Almonte pursuant to the Court's Text Order dated December 11, 2007 granting State of Rhode Island's Motion to Dismiss the Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.**

**BY ORDER:**

**December 11, 2007**

**Date**

**Deputy Clerk**